1

2

3

4

5

6

7

8                UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11  In Re:                          No. 2:13-cv-02299 JAM

12  VINCENT THAKUR SINGH and        Bankruptcy No. 10-42050-D-7
    MELANIE GAY SINGH,              Adv. No. 12-2460

13              Debtor,
                                    **ORDER ADOPTING THE BANKRUPTCY**
14  _____        **JUDGE'S PROPOSED FINDINGS OF**
                                    **FACT AND CONCLUSIONS OF LAW**
    MICHAEL F. BURKART, Chapter
15  7, Trustee,

16              Plaintiff,
         v.
17
    ASHNI VARMA and SHIU VARMA,
18
                Defendants.
19

20       Chapter 7 Trustee Michael Burkart ("Plaintiff") filed a

21  motion for entry of default of judgment against Defendants Ashni

22  Varma and Shiu Varma (collectively "Defendants") in the

23  Bankruptcy Court.  Defendants did not oppose the motion.

24  Pursuant to 28 U.S.C. § 157(c)(1) and In re Bellingham Ins.

25  Agency, Inc., 702 F.3d 553, 565 (9th Cir. 2012) cert. granted,

26  133 S. Ct. 2880 (U.S. 2013), on November 4, 2013, the Bankruptcy

27  Court submitted its proposed findings of fact and conclusions of

28  law to this Court for review.

                              1

1    The district court reviews de novo a bankruptcy judge's

2 proposed findings of fact and conclusions of law as to "those

3 matters to which any party has timely and specifically objected."

4 28 U.S.C. § 157(c)(1); see also Fed. R. Bankr. P. 9033(d).

5 Objections are due within 14 days after being served with a copy

6 of the proposed findings of fact.  Fed. R. Bankr. P. 9033(b).  No

7 objections have been filed in this case.

8    Upon de novo review, the Court finds the proposed findings

9 of fact and conclusions of law to be supported by the record and

10 by proper analysis.  Therefore, the Court ADOPTS the Bankruptcy

11 Judge's proposed findings of fact and conclusions of law (Doc.

12 #1) and, accordingly, GRANTS Plaintiff's motion for entry of

13 default of judgment against Defendants with damages in the amount

14 requested in the complaint.

15    IT IS SO ORDERED.

16 Dated:  November 19, 2013.                _____

17                                           JOHN A. MENDEZ,
                                            UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28