UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael F. Burkhart, Chapter 7 Trustee ,<br><br>  Plaintiff,<br><br>  v.<br><br>Ashni Varma and Shiu Varma,<br><br>  Defendant. | Case No. 2:13-cv-2299 JAM<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Ashni Varma and Shiu Varma

Date: November 20, 2013                                        MARIANNE MATHERLY, CLERK

                                                                                        By: /s/ C. Manzer
                                                                                        Deputy Clerk