**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re ) | |
| ) | |
| VINCENT THAKUR SINGH, dba PERFECT ) | Case No.:  2:13-CV-02299-JAM |
| FINANCIAL GROUP, INC., dba AAMCO ) | |
| STOCKTON, INC., dba AAMCO ) | |
| ORANGEVALE, INC., fdba ACCEPTANCE ) | |
| CAPITAL, fdba PERFECT MORTGAGE and ) | Bankruptcy Case No.:  10-42050-D-7 |
| MALANIE GAY SINGH ) | |
| ) | |
| Debtors. ) | |
| _____ ) | Adv. Pro. No.:  12-2460-D |
| ) | |
| MICHAEL F. BURKART, CHAPTER 7 ) | |
| TRUSTEE ) | |
| ) | |
| Plaintiff ) | **AMENDED JUDGMENT IN A CIVIL** |
| v. ) | **CASE** |
| ) | |
| ASHNI VARMA AND SHIU VARMA ) | |
| Defendants ) | |
| ) | |
| _____ ) | |

   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

   **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/20/2013.  PLAINTIFF SHALL RECOVER FROM DEFENDANTS THE SUM OF $63,659.00.**

                                           **Marianne Matherly**
                                           Clerk of Court

DATED: April 23, 2014

                                          /s/ J. Donati
                              by: _____
                                      J. Donati,     Deputy Clerk